# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR04-5377JKA |
| **Plaintiff,** | |
| v. | **INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |
| **JAMES R. WILLIS,** | |
| **Defendant.** | |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, BARBARA SIEVERS;

The defendant appears personally and represented by counsel, COLIN FIEMAN

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s), his right to a hearing and the maximum consequences if found to be in violation; thereafter the defendant admitted that he violated his supervision by consuming alcohol on or about 3/20/06.

The court finds the defendant has violated the conditions of his supervised release and schedules a disposition hearing as follows:

> *Date of hearing:*   *May 19, 2006*
>
> *Time of hearing:*   2:00 p.m.

**IT IS ORDERED** that the defendant:

( x )  Be released subject to the terms of his supervised release and subject further to meeting with U.S. Probation Officer, Felix Cavillo, at 10:30 a.m. this date.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

**May 9, 2006.**

   */s/ J. Kelley Arnold*
  **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1