# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. CR04-5377** |
| **Plaintiff,** | |
| **v.** | **ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |
| **JAMES R. WILLIS,** | |
| **Defendant.** | |

**THIS MATTER** comes on for a dispositional hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision; the defendant has acknowledged the violation admitting that he used alcohol on march 20, 2006..

The plaintiff appears through Assistant United States Attorney, BARBARA SIEVERS;

The defendant appears personally and represented by counsel, COLIN FIEMAN

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge    .

     *Date of hearing:*     *JUNE    30, 2006*

     *Time of hearing:*     2:00 p.m.

**IT IS ORDERED that the defendant:**

**( x ) Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings; subject to release at the request and with the direction of his Probation Officer for admission to an inpatient treatment program.**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

     **May 19, 2006.**

     */s/ J. Kelley Arnold*
     **J. Kelley Arnold, U.S. Magistrate Judge**